**EXHIBIT 'A'**

|  | 7/1/20-6/30/2021 | 7/1/2021-6/30/2022 | 7/1/2022-6/30/2023 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 30101 · Sales | 1,260,977 | 1,260,977 | 1,260,977 |
| 39132 · Returns & Allowances | (903) | (903) | (903) |
| **Total Income** | 1,260,073 | 1,260,073 | 1,260,073 |
| **Gross Profit** | 1,260,073 | 1,260,073 | 1,260,073 |
| **Expense** | | | |
| 50199 · Payroll Expenses | | | |
| 50200 · Payroll - Dispatch | 47,278 | 47,278 | 47,278 |
| 50201 · Payroll - Dispatch/Overtime | 11,492 | 11,492 | 11,492 |
| 50300 · Payroll - Drivers | 385,214 | 385,214 | 385,214 |
| 50301 · Payroll - Drivers/Overtime | 91,360 | 91,360 | 91,360 |
| 50302 · Payroll - Drivers/Doubletime | - | - | - |
| 50199 · Payroll Expenses - Other | - | - | - |
| **Total 50199 · Payroll Expenses** | 535,344 | 535,344 | 535,344 |
| 50402 · Sick Pay | - | - | - |
| 50700 · Gas & Oil | 102,000 | 107,000 | 110,000 |
| 50800 · Vehicle Expense | 61,540 | 63,386 | 65,288 |
| 51410 · Uniforms | 1,318 | 1,357 | 1,398 |
| 51700 · Tolls | 1,860 | 1,916 | 1,973 |
| 52202 · Hospitalization-dental | 1,504 | 1,549 | 1,596 |
| 52203 · Aflac | 2,777 | 2,861 | 2,946 |
| 52400 · Equipment Rentals | 880 | 906 | 934 |
| 53000 · Insurances | 224,338 | 231,068 | 238,000 |
| 53500 · Licenses | 661 | 681 | 701 |
| 54100 · Payroll Tax Expense | 45,900 | 45,900 | 45,900 |
| 54850 · Radio Maintenance | 60 | 60 | 60 |
| 70300 · Payroll - Office | 58,985 | 58,985 | 58,985 |
| 70301 · Payroll - Offices/Overtime | 8,496 | 8,496 | 8,496 |
| 70602 · Professional Fees - Legal | 5,000 | 5,150 | 5,000 |
| 71000 · Bank Charges | 2,544 | 2,620 | 2,699 |
| 71400 · Cleaning & Sanitation | 11,577 | 11,924 | 12,282 |
| 71500 · Contributions | 400 | 412 | 424 |
| 72100 · Dues & Subscriptions | 1,886 | 1,943 | 2,001 |
| 72800 · Light & Heat | 4,055 | 4,177 | 4,302 |
| 73800 · Office Expense | 15,855 | 16,333 | 16,821 |
| 74300 · Postage | 1,707 | 1,758 | 1,811 |
| 74700 · Rent | 38,167 | 39,312 | 40,492 |
| 74800 · Repairs & Maintenance | 35,089 | 36,142 | 37,226 |
| 76300 · Telephone | 12,582 | 12,959 | 13,348 |
| **Total Expense** | 1,174,525.96 | 1,192,238.58 | 1,208,027.46 |
| **Net Ordinary Income** | 85,547.40 | 67,834.78 | 52,045.90 |
| New Vehicle Payments Made Monthly Not Reflected in Above Expenses | 48,816 | 48,816 | 48,816 |
| **Adjusted Net Ordinary Inncome** | 36,731 | 19,019 | 3,230 |