# EXHIBIT A (REVISED)

Administrative Expenses

| | | | |
|---|---|---|---|
| 1. | Attorneys for Debtor | fees and expenses | $21,451.85 (less pre-petition retainer of $16,717.00) |
| 2. | Eric Huebscher, Subchapter V Trustee | fees and expenses | $ 6,374.78 |

Priority Expenses

| | | |
|---|---|---|
| 1. | Section 507(a)(1) | $ 0.00 |
| 2. | Section 507(a)(2) | $ 0.00 |
| 3. | Section 507(a)(3) | $ 0.00 |
| 4. | Section 507(a)(4) | $ 0.00 |
| 5. | Section 507(a)(5) | $ 0.00 |
| 6. | Section 507(a)(6) | $ 0.00 |
| 7. | Section 507(a)(7) | $ 0.00 |
| 8. | Section 507(a)(8) | $ 0.00 |
| | Total Priority Claims | $ 0.00 |

Secured Debt

| | |
|---|---|
| Walden Savings Bank | $ 45,000.00 |
| Ally Bank | $ 46,544.55 |
| United Leasing, Inc. | $ 143,072.78 |
| Internal Revenue Service | $ 185,860.28 |

Unsecured Debt (to be paid over life of Plan)     $ 11,297.49[1]

Total debt to be paid pursuant to Plan     $ 442,884.73

---

[1] The amount of unsecured debt totals $764.465.65. However, the debtor anticipates that the obligation owed to NYBDC/Pursuit for PPP funds will be forgiven. As such, the amount of unsecured debt to be paid over the life of the Chapter 11 Plan is 2% of the sum of $564,874.44. This results in a monthly distribution to the unsecured creditor class of $313.82.